**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:16-cv-566-JRG |
| | § | |
| GOOGLE, INC. | § | LEAD CASE |
| | § | |
| Defendant. | § | |
| | § | |
| | | |
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:16-cv-576-JRG |
| | § | |
| KAKAO CORPORATION, | § | CONSOLIDATED CASE |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Uniloc USA, Inc. and

Uniloc Luxemborg, S.A. ("Uniloc") hereby move to dismiss Civil Action No. 2:16-cv-576

against Kakao Corporation ("Kakao") with prejudice, with each party to bear its own costs and

attorney fees.  Specially appearing Defendant Kakao Corporation does not oppose this motion.

A proposed order of dismissal is attached.

1

Dated: March 15, 2017                              Respectfully submitted,


                                                   */s/ James L. Etheridge*
                                                   James L. Etheridge
                                                   Texas State Bar No. 24059147
                                                   Ryan S. Loveless
                                                   Texas State Bar No. 24036997
                                                   Brett A. Mangrum
                                                   Texas State Bar No. 24065671
                                                   Travis L. Richins
                                                   Texas State Bar No. 24061296
                                                   ETHERIDGE LAW GROUP, PLLC
                                                   2600 E. Southlake Blvd., Suite 120 / 324
                                                   Southlake, Texas 76092
                                                   Telephone: (817) 470-7249
                                                   Facsimile: (817) 887-5950
                                                   Jim@EtheridgeLaw.com
                                                   Ryan@EtheridgeLaw.com
                                                   Brett@EtheridgeLaw.com
                                                   Travis@EtheridgeLaw.com

                                                   **Counsel for Plaintiffs Uniloc USA, Inc. and
                                                   Uniloc Luxembourg S.A.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on March 15, 2017.


                                   By: */s/ James L. Etheridge*