# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al,  §<br>　　Plaintiffs,　　　　　　　§<br>　　　　　　　　　　　　　　§ | Case No. 2:16-cv-00566-JRG |
| v.　　　　　　　　　　　　　§ | LEAD CASE |
| 　　　　　　　　　　　　　　§ | |
| GOOGLE, LLC,　　　　　　§ | |
| 　　Defendant.　　　　　　　　　 | |

## JOINT STATUS REPORT

In accordance with the Court's July 26, 2017 Order staying the above-captioned litigation (Dkt. No. 92), Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. and Defendant Google LLC jointly advise the Court of the status of *Inter Partes* Reviews concerning the Patents-in-Suit.  The parties also propose to file a further joint status report informing the Court of the results of the pending IPRs within fourteen (14) days of the last final written decision by the PTAB in any instituted IPR. If appealed, the parties will notify the Court of the appeal, and any decision by the Court of Appeals for the Federal Circuit.

### IPR2017-00058 (Regarding U.S. Patent No. 7,804,948)

On April 6, 2018, the PTAB issued a final written decision finding claims 1, 2, 5–10, 12, 18–26, 29, 30, 36, 37, 49–53, 65, and 66 unpatentable under 35 U.S.C. § 103. Uniloc filed a request for rehearing on May 7, 2018, which has not been ruled upon yet. If necessary, Uniloc intends to file an appeal with the Court of Appeals for the Federal Circuit.

### IPR2017-01685 (Regarding U.S. Patent No. 7,804,948)

On January 16, 2018, the PTAB granted institution for claims 1–4, 6–8, 18, 21, and 22. A final written decision is expected in January 2019.

### IPR2017-00198 (Regarding U.S. Patent No. 7,853,000)

On April 16, 2018, the PTAB issued a final written decision finding claims 1, 2, 5–10, 12, and 18–23 unpatentable under 35 U.S.C. § 103. Uniloc filed a request for rehearing on May 16, 2018, which has not been ruled upon yet. If necessary, Uniloc intends to file an appeal with the Court of Appeals for the Federal Circuit.

### IPR2017-01684 (Regarding U.S. Patent No. 7,853,000)

On January 18, 2018, the PTAB granted institution for claims 1–8, 12, and 18–23. A final written decision is expected in January 2019.

### IPR2016-01756 (Regarding U.S. Patent No. 8,571,194)

On March 13, 2018, the PTAB issued a final written decision finding claims 1, 3–6, 8–11, and 13–15 unpatentable under 35 U.S.C. § 103. Uniloc filed a request for rehearing on Aril 12, 2018, which was denied on June 11, 2018. Uniloc intends to file an appeal with the Court of Appeals for the Federal Circuit.

### IPR2017-00597 (Regarding U.S. Patent No. 8,571,194)

On June 13, 2018, the PTAB issued a final written decision finding claims 1-5 unpatentable under 35 U.S.C. § 103. Uniloc intends to file a request for rehearing. If necessary, Uniloc also intends to file an appeal with the Court of Appeals for the Federal Circuit.

### IPR2017-01683 (Regarding U.S. Patent No. 8,571,194)

On January 17, 2018, the PTAB granted institution for claims 1-16. A final written decision is expected in January 2019.

Dated: June 19, 2018                    Respectfully submitted,

                                        /s/ Ryan S. Loveless

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG, S.A**


*/s/ Michael E. Jones*

Jeffrey A. Miller (*pro hac vice*)
California State Bar No. 160602
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650-319-4500
Facsimile: 650-319-4700
Email: jeffrey.miller@apks.com

Paul I. Margulies (*pro hac vice*)
DC Bar No. 1000297
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
Email: paul.margulies@apks.com

>                                    Michael E. Jones (SBN: 10929400)
>                                    Mikejones@potterminton.com
>                                    Potter Minton, A Professional Corporation
>                                    110 North College, Suite 500
>                                    Tyler, TX 75702
>                                    Telephone: (903) 597-8311
>                                    Facsimile: (903) 593-0846
>
>                                    **ATTORNEYS FOR DEFENDANT**
>                                    **GOOGLE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018 a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system in accordance with this Court's Local Rules.

/s/